J. D. Walling et al., Appellants, v. Ora Lee West et al., Appellees.

An Appeal from a Decree of the Circuit Court for the County of Marion.

Appeal dismissed on motion of counsel for the respective parties.

*L. W. Duval* and *H. M. Hampton,* for Appellants;

*Whitaker, Himes* & *Whitaker,* for Appellees.

———————

R. B. Rucker, Plaintiff in Error, v. H. J. Brett, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court for Okaloosa County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Leroy V. Holsberry,* for Plaintiff in Error;

*D. Stuart Gillis,* for Defendant in Error.